**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01326-CV

## CHARLA LOGSDON, Appellant

## V.

## FREDDIE CROSS, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00705-2013**

## ORDER

Before the Court is appellant's unopposed motion to dismiss one appeal and transfer records to another appeal. We **GRANT** the motion to the extent that we **DIRECT** the Clerk of this Court to transfer the clerk's record and reporter's record filed in appellate cause number 05-14-01326-CV to the appeal docketed as appellate cause number 05-14-01328-CV. Appellant's motion to dismiss the appeal docketed as appellate cause number 05-14-01327-CV will be ruled on in due course.

/s/     ELIZABETH LANG-MIERS
          JUSTICE